**Willie M. GODLEY, Plaintiff–
Appellant,**

v.

**NORTH CAROLINA DEPARTMENT
OF HEALTH & HUMAN SERVICES;
State of North Carolina, Defendants–
Appellees.**

No. 10–1728.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 30, 2010.

Decided: Oct. 7, 2010.

Willie M. Godley, Appellant Pro Se.

Before NIEMEYER, AGEE, and
KEENAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Willie M. Godley appeals the district
court's order denying relief on his 42
U.S.C. § 1983 (2006) complaint. The dis-
trict court referred this case to a magis-
trate judge pursuant to 28 U.S.C.A.
§ 636(b)(1)(B) (West 2006 & Supp. 2010).
The magistrate judge recommended that
relief be denied and advised Godley that
failure to file timely objections to this rec-
ommendation could waive appellate review
of a district court order based upon the
recommendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned of the
consequences of noncompliance. *Wright v.
Collins,* 766 F.2d 841, 845–46 (4th Cir.
1985); *see also Thomas v. Arn,* 474 U.S.
140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985).
Godley has waived appellate review by fail-
ing to file objections after receiving proper
notice. Accordingly, we affirm the judg-
ment of the district court.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*